# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:03cv142

| | | |
|---|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| RIVENDELL WOODS, INCORPORATED, d/b/a RIVENDELL WOODS FAMILY CARE, d/b/a RIVENDELL WOODS; LANDRAW-I, LLC; ANDREA WELLS JAMES, individually; RODNEY JAMES, individually, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on referral from the district court for purposes of entry of a Pretrial Order and Case Management Plan. Review of the pleadings reveals that, despite remand on July 21, 2005, no Certificate of Initial Attorney's Conference has been entered by the parties and that no proposed Pretrial Order has been submitted. The following Order is, therefore, entered.

# ORDER

**IT IS, THEREFORE, ORDERED** that on or before November 11, 2005, counsel for the parties shall meet as provided by the Local Rules and the Rules of Civil Procedure, discuss and draft a proposed Pretrial Order and Case Management Plan, and submit their certification and any proposal(s) to this court.

**Signed: October 19, 2005**

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge