# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:03cv142

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) ORDER ) |
| RIVENDELL WOODS, INC. d/b/a RIVENDELL WOODS and RIVENDELL WOODS FAMILY CARE; LANDRAW-I, LLC; ANDREA WELLS JAMES, individually; and RODNEY JAMES, individually, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the court on the joint request for an Initial Pretrial Conference. Inasmuch as this matter is complex and is on remand from the Court of Appeals for the Fourth Circuit, the request will be allowed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint request for an Initial Pretrial Conference is **ALLOWED**, and an IPC is calendared for November 21, 2005, at 2 p.m. in Asheville.

**Signed: November 10, 2005**

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge