# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:03cv142

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, )<br>United States Department of Labor, )<br>)<br>**Plaintiff,** )<br>)<br>Vs. )<br>)<br>RIVENDELL WOODS, INC. d/b/a )<br>RIVENDELL WOODS and RIVENDELL )<br>WOODS FAMILY CARE; LANDRAW-I, LLC; )<br>ANDREA WELLS JAMES, individually; and )<br>RODNEY JAMES, individually, )<br>)<br>**Defendants.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the court on plaintiff's Motion for Continuance of Initial Pretrial Conference. Having considered that motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the plaintiff's Motion for Continuance of Initial Pretrial Conference is **ALLOWED**, and the IPC original set for November 21, 2005, is reset for December 2, 2005, at 2 p.m. in Asheville.

**Signed: November 18, 2005**

/s/ Dennis L. Howell

Dennis L. Howell
United States Magistrate Judge