**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:03cv142**

| | | |
|---|---|---|
| **ELAINE L. CHAO, Secretary of Labor,** | ) | |
| **United States Department of Labor,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **RIVENDELL WOODS, INC. d/b/a** | ) | |
| **RIVENDELL WOODS and RIVENDELL** | ) | |
| **WOODS FAMILY CARE; LANDRAW-I, LLC;** | ) | |
| **ANDREA WELLS JAMES, individually; and** | ) | |
| **RODNEY JAMES, individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on plaintiff's request for additional time to brief the pending Motion to Compel. Having conducted a hearing on December 2, 2005, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the plaintiff's request for additional time to brief the pending Motion to Compel is **ALLOWED**, plaintiff shall have up to and inclusive of December 19, 2005, to file her supplement, and defendants shall have up to and inclusive of December 30, 2005, to file their supplement.

**Signed: December 9, 2005**

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge